IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINDELL ORR | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 6572 |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD M. MOSER, | ) | Mag. Judge Ashman |
| THOMAS B. SWEENEY, | ) | |
| and CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' JOINT MOTION FOR LEAVE
## TO FILE SUMMARY JUDGMENT

Defendants City of Chicago, Edward M. Moser, and Thomas B. Sweeney, by their attorney, Christopher A. Wallace, Assistant Corporation Counsel of the City of Chicago Department of Law, respectfully move the Court for leave to file a summary judgment motion with a supporting memorandum. In support of this motion, Defendants state as follows:

1. The Court has set this matter for trial to commence on February 1, 2010.

2. Defendants, in good faith, believe that this entire lawsuit, or at the very least a substantial number of the claims, should be and can be resolved without the need for a trial on this matter given the undisputed facts that have been developed through discovery.

3. Plaintiff's lawsuit asserts five (5) claims as follows: Section 1983 Illegal Stop (Count I); Section 1983 Illegal Search (Count II); Section 1983 False Arrest (Count III); Due Process Violations (Count IV); and a state law claim for malicious prosecution (Count V). Defendants are entitled to judgment as a matter of law on all stated claims given the undisputed facts and under the doctrine of qualified immunity.

4. The purpose of summary judgment is to "pierce the pleadings and to assess the proof in order to see whether there is a genuine need for trial." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 587, 106 S.Ct. 1348, 89 L.Ed.2d 538 (1986). Summary judgment is appropriate when there are no genuine issues of material fact, leaving the moving parties entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322-23, 106 S.Ct. 2548 (1986).

**WHEREFORE**, Defendants respectfully request leave of Court to file a summary judgment motion, with a supporting memorandum and Rule 56.1 statement.

Dated: November 12, 2009

Respectfully submitted,

/s/ Christopher A. Wallace
Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Defendants*

City of Chicago Department of Law
Individual Defense Litigation Division
30 N. LaSalle St., Suite 1400
Chicago, IL 60602
T: (312) 742-6408
ARDC # 6278655

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on, Thursday, November 12, 2009, I caused a copy of Defendants' Joint Motion Leave to File Summary Judgment be served upon all counsel of record by filing the same via the Court's ECF system.

/s/ Christopher Wallace
Christopher Wallace