UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINDELL ORR | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08 C 6572 |
| v. | ) | |
| | ) | |
| EDWARD M. MOSER, | ) | |
| THOMAS B. SWEENEY, | ) | Mag. Judge Ashman |
| and CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, by and through their respective attorneys of record, that the Plaintiff, Lindell Orr, hereby voluntarily dismisses with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this lawsuit and any and all claims therein against Defendants City of Chicago, Edward M. Moser and Thomas B. Sweeney, with each side bearing its own costs and attorneys' fees.

Respectfully submitted,

/s/Irene K. Dymkar
Irene K. Dymkar
*Attorney for Plaintiff Lindell Orr*
300 W. Adams, Suite 300
Chicago, IL 60606
T: (312) 345-0123
F: (312) 345-0066

/s/ Christopher A. Wallace
Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Defendants*
City of Chicago Department of Law
30 N. LaSalle St., Suite 900
Chicago, IL 60602
T: (312) 742-6408
F: (312) 744-6566